JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOSE A VANEGAS CASTILLO, | Case No. 2:24-cv-8411 |
|---|---|
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| HYUNDAI MOTOR AMERICA, and DOES 1 through 10, inclusive, | |
| Defendants. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 2, 2024

                                        HONORABLE ANDRÉ BIROTTE JR.
                                        UNITED STATES DISTRICT JUDGE